LOUJACK ESTATES, INC., Respondent, v. THE CUPBOARD, INC., Appellant.— Motion for leave to appeal to the Appellate Division denied, with $10 costs. Present — Carswell, Acting P. J., Johnston, Adel, Nolan and Sneed, JJ.

IRVING MARCUS, Appellant, v. RACHEL MARCUS, Respondent.— Motion for reargument denied, with $10 costs. Motion for leave to appeal to the Court of Appeals denied. Present — Carswell, Acting P. J., Johnston, Adel, Nolan and Sneed, JJ. [See *ante*, p. 805.]

MAXNAT REALTY CORPORATION, Respondent, v. STANDISH MANUFACTURING CORPORATION, Appellant.— Motion for leave to appeal to the Appellate Division denied, without costs. Present — Carswell, Acting P. J., Johnston, Adel, Nolan and Sneed, JJ.

LEONA SHAW, Respondent-Appellant, v. VERNON SHAW, Appellant-Respondent.— Motion of appellant-respondent for reargument denied, with $10 costs. Motion for leave to appeal to the Court of Appeals denied. Present — Carswell, Acting P. J., Johnston, Adel, Nolan and Sneed, JJ. [See *ante*, p. 806.]

ELI SILVERMAN, Appellant, v. EMANUEL WEINSTEIN, Respondent.— Motion for leave to appeal to the Appellate Division denied, without costs. Present — Carswell, Acting P. J., Johnston, Adel, Nolan and Sneed, JJ.

WILLIAM L. SOSNIAK et al., Appellants, v. IRVING MARCUS, Respondent.— Motion for leave to appeal to the Appellate Division denied, without costs. Present — Carswell, Acting P. J., Johnston, Adel, Nolan and Sneed, JJ. [191 Misc. 927.]

325 CHURCH AVENUE CORPORATION, Appellant, v. NILOW REALTY CORPORATION, Tenant, and MICHAEL'S FAIR-MART FOOD STORES, INC., Respondent.— Motion for reargument denied, without costs. Motion for leave to appeal to the Court of Appeals denied. Present — Carswell, Acting P. J., Johnston, Adel, Nolan and Sneed, JJ. [See *ante*, p. 814.]

245 EAST 37TH STREET, INC., Respondent, v. FIREMAN'S FUND INDEMNITY Co., Appellant.— Motion for leave to appeal to the Appellate Division granted. Present — Carswell, Acting P. J., Johnston, Adel, Nolan and Sneed, JJ.

EMILE M. VERNIER et al., Respondents, v. IRVING WAXBERG et al., Appellants.— Motion for leave to appeal to the Appellate Division denied, without costs. (*Rocco Bros., Inc.,* v. *Zappone,* 262 App. Div. 757; *Fellitto* v. *Pennsylvania R. R. Co.,* 262 App. Div. 888.) Present — Carswell, Acting P. J., Johnston, Adel, Nolan and Sneed, JJ.